NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ERIC MARTIN MATTHEWS,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2013-5109

---

Appeal from the United States Court of Federal Claims in No. 10-CV-0648, Judge Victor J. Wolski.

---

**ON MOTION**

---

**O R D E R**

Eric Martin Matthews moves for a 14-day extension of time to file his reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.  The reply brief is due on or before October 21, 2013.

MATTHEWS V. US                                                                      2

FOR THE COURT

/s/ Daniel E. O'Toole
        Daniel E. O'Toole
        Clerk

s27